**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MICHAEL DEWAYNE HELLUMS**                                                       **PLAINTIFF**

**V.**                 **CASE NO. 3:12CV00188 SWW/BD**

**LARRY MILLS and
SUSAN COX**                                                                             **DEFENDANTS**

## **ORDER**

The Court has reviewed Magistrate Judge Beth Deere's Partial Recommended Disposition ("Recommendation"). No objections to the Recommendation have been filed.

Mr. Hellum's claims against Defendant Mills are DISMISSED, without prejudice. In addition, his claims against Defendant Cox in her official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED this 13th day of August 2012.

                                                          /s/Susan Webber Wright

                                                          UNITED STATES DISTRICT JUDGE