IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL DEWAYNE HELLUMS                                         PLAINTIFF

V.                         NO. 3:12CV00188-SWW-BD

LARRY MILLS, *et al.*                                            DEFENDANTS

## ORDER

Parties may file dispositive motions on or before January 30, 2013. Once this dispositive motions deadline has passed, if a motion for summary judgment is not granted, trial counsel will be appointed for Mr. Hellums, and a final scheduling order setting this case for trial will be entered establishing filing deadlines.

The parties are cautioned that the final scheduling order may not include a new dispositive motions deadline. They should plan accordingly and aim to file any dispositive motions by the January 30, 2013 deadline.

DATED this 30th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE