IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL DEWAYNE HELLUMS                                                PLAINTIFF

VS.                            NO. 3:12CV00188-SWW-BD

LARRY MILLS, et al.                                                    DEFENDANTS

## ORDER

Plaintiff Michael Dewayne Hellums filed this case *pro se* under 42 U.S.C. § 1983 on July 23, 2012, and has been granted *in forma pauperis* status. Plaintiff is no longer incarcerated at the Poinsett County Detention Center, as evidenced by returned mail forwarded to him by the Court and by defense counsel. (Docket entries # 7, 11, and 12) Plaintiff is directed to inform the Court of his new address within thirty (30) days of the entry of this Order.

Failure to timely comply with this Order may result in dismissal of this case pursuant to Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which requires any party not represented by counsel to promptly notify the Clerk and the other parties of any change in his or her address; to monitor the progress of the case; and to prosecute or defend the action diligently. Further, if any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

IT IS SO ORDERED this 12th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE