**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MICHAEL DEWAYNE HELLUMS**                           **PLAINTIFF**

**V.**                **CASE NO. 3:12CV00188 SWW/BD**

**SUSAN COX**                                                     **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright. Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection. An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. A copy will be furnished to the opposing party.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

Mail objections and "Statements of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## II.    Discussion

Plaintiff Michael Dewayne Hellums filed this case *pro se* under 42 U.S.C. § 1983 on July 23, 2012, and has been granted *in forma pauperis* status. Mr. Hellums is no longer incarcerated at the Poinsett County Detention Center, as evidenced by returned mail forwarded to him by the Court and by defense counsel. (Docket entries #7, 11, 12, and 14)

By Order of September 12, 2012, this Court ordered Mr. Hellums to inform the Court of his new address within thirty days. (#13) The thirty-day time period for providing a valid address has passed, and Mr. Hellums has not complied with the September 12, 2012 Order. Mr. Hellums was warned that failure to comply with the Court's Order could result in dismissal of his case. (#13)

## III.   Conclusion

Because Mr. Hellums has not complied with the Court's Order, his complaint should be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 17th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE