# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICHAEL DEWAYNE HELLUMS**                                  **PLAINTIFF**

**V.**               **CASE NO. 3:12CV00188 SWW/BD**

**SUSAN COX**                                                       **DEFENDANT**

## ORDER

A Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed.  The Recommendation should be, and hereby is, approved and adopted in all respects.

This case is DISMISSED without prejudice, this 13th day of November 2012.

                                                  /s/Susan Webber Wright

                                                  UNITED STATES DISTRICT JUDGE