# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICHAEL DEWAYNE HELLUMS**                                                **PLAINTIFF**

**V.**                     **CASE NO. 3:12CV00188 SWW/BD**

**SUSAN COX**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of November 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE